# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LORNE RICHARDSON, | ) | |
| Petitioner, | ) | 2:13-cv-01573-GMN-NJK |
| vs. | ) | |
| | ) | ORDER |
| BRIAN WILLIAMS, SR., *et al.,* | ) | |
| Respondents. | ) | |

Petitioner Lorne Richarson has filed an application to proceed *in forma pauperis* and submitted a petition for a writ of habeas corpus. Based on the current information about petitioner's financial status, including any additional information he may have provided, the Court finds that he is able to pay the full fee pursuant to 28 U.S.C. § 1915.

**IT IS THEREFORE ORDERED** that petitioner's motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee (ECF No. 1) is **DENIED**. Petitioner shall have thirty (30) days from the date this order is **ENTERED** in which to have the designated fee sent to the Clerk. Failure to do so may result in the dismissal of this action. The Clerk is directed to RETAIN the petition but not file it at this time.

**DATED** this 12th day of September, 2013.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE